No. 341. United States *v.* Lucia Naponiello et al. Error to the District Court of the United States for the Northern District of Illinois. Motion to dismiss submitted November 17, 1924. Decided March 2, 1925. *Per*

Curiam. Dismissed for the want of jurisdiction upon the authority of *Farmers and Mechanics National Bank* v. *Wilkinson,* 266 U. S. 503; *Union Trust Co.* v. *Westhus,* 228 U. S. 519, 522–524; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 331–334. *Mr. Charles N. Goodnow* for defendants in error in support of the motion. *Solicitor General Beck* and *Assistant Attorney General Donovan* for the United States in opposition to the motion.

